JIA JEWELRY IMPORTERS OF
AMERICA, INC., Plaintiff–
Appellant,

v.

PANDORA JEWELRY, LLC,
Defendant–Appellee.

No. 2012–1065.

United States Court of Appeals,
Federal Circuit.

Aug. 8, 2012.

Robert M. Mason, Mason & Petruzzi, of Dallas, TX, argued for plaintiff-appellant. Of counsel was James D. Petruzzi.

William R. Hansen, Lathrop & Gage LLP, of New York, NY, argued for defendant-appellee. With him on the brief were Bridget A. Short; and David V. Clark and Travis W. McCallon, of Kansas City, MO.

Before RADER, Chief Judge, LOURIE and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**